Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19522−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Tashia N Jones
 207−209 Grumman Avenue
 Newark, NJ 07112

Social Security No.:
 xxx−xx−0340

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2022.

Dated: February 9, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-19522-SLM
Tashia N Jones                                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3
Date Rcvd: Feb 09, 2022        Form ID: plncf13        Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tashia N Jones, 207-209 Grumman Avenue, Newark, NJ 07112 |
| 519504410 | + | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519458744 | + | Lyons Doughty & Veldhuis, PC, 136 Gaither Gr Ste 100, Mount Laurel, NJ 08054-2239 |
| 519458749 | + | PROPONENT, 536 WASHINGTON AVE, NUTLEY, NJ 07110-3600 |
| 519458756 | + | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519458733 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2022 20:34:11 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519458732 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2022 20:34:12 | CAP 1 Bank, PO Box 85015, Richmond, VA 23285 |
| 519458734 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 09 2022 20:34:21 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519458735 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2022 20:31:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2322 |
| 519458738 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2022 20:34:11 | CC HOLDINGS/CARDMEMBER SERVICES, ATTN: CARD SERVICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 519458739 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2022 20:45:36 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519458740 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2022 20:31:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519458741 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2022 20:34:05 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519461720 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2022 20:34:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519470998 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2022 20:34:20 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519469627 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2022 20:34:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

Case 21-19522-SLM  Doc 20  Filed 02/11/22  Entered 02/12/22 00:15:41  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 519458737 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2022 20:31:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519458745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2022 20:45:36 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519458742 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2022 20:31:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519504244 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2022 20:31:00 | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519458743 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2022 20:31:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 519474826 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2022 20:34:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519458746 | + | Email/PDF: pa_dc_claims@navient.com | Feb 09 2022 20:34:06 | NAVIENT, ATTN: CLAIMS DEPT, PO BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519458748 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2022 20:34:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519501281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2022 20:34:06 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519501286 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2022 20:34:14 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519458752 | | Email/Text: bk-notification@sps-law.com | Feb 09 2022 20:30:00 | Schachter Portnoy, L.L.C., 3490 U.S. Route 1, St.6, Princeton, NJ 08540 |
| 519458750 | | Email/Text: collections@profcu.org | Feb 09 2022 20:30:00 | PROPONENT FCU, 536 WASHINGTON AVE, NUTLEY, NJ 07110 |
| 519458751 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2022 20:31:00 | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 519471485 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2022 20:31:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519458753 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:12 | SYNCB/PAYPALSMARTCONN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519458754 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:04 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519458755 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:11 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519458736 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2322 |
| 519458747 | *+ | NAVIENT, ATTN: CLAIMS DEPT, PO BOX 9500, WILKES-BARRE, PA 18773-9500 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 09, 2022 | Form ID: plncf13 | Total Noticed: 35 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

**Name** **Email Address**

Brian C. Nicholas
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. rsolarz@kmllawgroup.com

Russell L. Low
on behalf of Debtor Tashia N Jones ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6