

Order Filed on April 19, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

---

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

**Russell L. Low, Esq. – RLL 4745**
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

TASHIA N. JONES

              Debtor(s)

Case No. 21-19522

Chapter 13

Judge:  The Honorable Stacey L. Meisel

**Hearing Date:  April 18, 2023, 2:30pm**

---

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 19, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,300.00 for services rendered and expenses in the amount of $0.00 for a total of $1,300.00.  The allowance is payable:

  _X_    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

The debtor's monthly plan is modified to require a payment of _$485.00_ per month for _45 months_ starting April 1, 2023 to allow for payment of the above fee.