UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745

| | |
|---|---|
| In Re: | Case No.: _____21-19522_____ |
| Tashia N Jones | Judge: _____SLM_____ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐  Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____, at _____.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☒  Certification of Default filed by _____Chapter 13 Trustee_____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
 The debtor is respectfully requesting the opportunity to review their pay history
in order to give a proposal to cure the arrears.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _____        /s/ Tashia N Jones_____
                October 9, 2023                 Debtor's Signature

Date: _____        _____
                                     Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*