Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−19522−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tashia N Jones
   207−209 Grumman Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−0340

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/13/23 at 10:00 AM

to consider and act upon the following:

*60* − Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/22/2023. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Tashia N Jones. (Low, Russell)

Dated: 11/22/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court