| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 14, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    TASHIA N JONES | Case No.:  21-19522 SLM<br><br>Hearing Date:  12/13/2023 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 14, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): TASHIA N JONES

Case No.: 21-19522

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/13/2023 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $870.00 to the Trustee's office to bring current through December 2023 by 12/31/2023 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.