| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br> TASHIA N JONES |

Order Filed on December 14, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-19522 SLM

Hearing Date:  12/13/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 14, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): TASHIA N JONES

Case No.: 21-19522

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/13/2023 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $870.00 to the Trustee's office to bring current through December 2023 by 12/31/2023 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19522-SLM |
| Tashia N Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tashia N Jones, 207-209 Grumman Avenue, Newark, NJ 07112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tashia N Jones ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5