Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19522−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tashia N Jones
   207−209 Grumman Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−0340

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/18/24 at 02:30 PM

to consider and act upon the following:

**76** − Application for Compensation for Russell L. Low, attorney, period: to, fee: $400.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 5/31/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Low, Russell)

**78** − Limited Objection to Application for Compensation (related document:76 Application for Compensation for Russell L. Low, attorney, period: to, fee: $400.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 5/31/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Tashia N Jones) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/3/24

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court