# LOW & LOW ATTORNEYS AT LAW, LLC

505 MAIN STREET, HACKENSACK, NEW JERSEY 07601    201-343-4040    FAX 201-488-5788

STANLEY W. LOW                                                                                          RUSSELL L. LOW

June 7, 2024

The Honorable Stacey L. Meisel
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

       Re: **_Tashia N. Jones_**
          Chapter 13 Bankruptcy
          Case No. 21-19522

Dear Judge Meisel:

  Please withdraw Document No. 76.

  Thank you.

Very truly yours,

Russell L. Low, Esq.
RLL:mho